# Court of Appeals
# of the State of Georgia

ATLANTA,  March 28, 2023

*The Court of Appeals hereby passes the following order:*

**A23I0172. TRADEMARK QUALITY HOMES, INC. v. DAMON FREE.**

In this civil case, defendant Trademark Quality Homes, Inc., filed a motion for summary judgment, and plaintiff Damon Free filed a cross-motion for partial summary judgment. The trial court issued an order denying the defendant's motion and granting the plaintiff's motion. In making the latter ruling, the trial court concluded that the defendant was liable to the plaintiff for repair damages, to be proven at trial, because it breached the parties' land purchase and sale agreement. The defendant then filed this timely application for interlocutory review, challenging both of the trial court's rulings.

The grant of partial summary judgment on any issue may be directly appealed. See OCGA § 9-11-56 (h); *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n. 1 (653 SE2d 43) (2007). Because the defendant here challenges the trial court's grant of partial summary judgment to the plaintiff, the trial court's order is subject to direct appeal. See *Ellis v. Oles*, 364 Ga. App. 133, 133-134 (2) (873 SE2d 251) (2022). "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004).

Accordingly, this interlocutory application is hereby GRANTED. The defendant shall have ten days from the date of this order to file a notice of appeal in the trial court. If the defendant has already filed a notice of appeal from the order at

issue here, it need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   03/28/2023*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*